**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                              4:08CR00007-01-WRW

**NEIL HAVLIK**

## ORDER

Pending is Defendant's unopposed Motion for Amendment of Electronic Monitoring. (Doc. No. 46). Defendant asks the Court for an order amending his home electronic monitoring to allow him to have back surgery on February 9, 2010, at that Arkansas Surgical Hospital, 5201 Northshore Drive, North Little Rock, Arkansas. Defendant also asks the Court to allow him to be hospitalized for up to five days after the surgery.

Defendant's Motion is GRANTED. Defendant is directed to work with his probation officer regarding the disconnecting and reconnecting of the electronic monitoring. Defendant is directed to notify his probation officer of his release date from the hospital before Defendant's release, and is further directed to otherwise comply with all previously imposed conditions.

IT IS SO ORDERED this 3rd day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE