IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

4:08-CR-00007-WRW

NEIL E. HAVLIK

## ORDER

Defendant has filed a *pro se* motion asking that I recuse (Doc. No. 89). His motion is bottomed upon an email sent by the AUSA to Defendant's former lawyer. This email reads:

> If Havlik goes to trial and is found guilty, he will be looking at 108-134. Judge did not take a liking to him at the suppression hearing and he got onto me for not vigorously cross examining him at the hearing. I thought I was limited to the questions Blake asked on Direct. And, I did not want to get into the merits. But, it was clear Judge thought Havlik was lying. Have you seen that transcript? That is when Havlik claimed the search was in the morning rather that [sic] what the six officers testified. He said they were all liars. If you do not have the transcript, I will try to get it to you.

Document number 27 is a transcript of the hearing which is referred to by the AUSA.

The email does not reflect my state of mind; but I can easily see how the email would make Defendant uneasy, so, out of an abundance of caution, I recuse.

IT IS SO ORDERED this 31st day of August, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE