**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**          **CASE NO. 4:08CR00007 SWW**

**NEIL E. HAVLIK**

**ORDER OF REASSIGNMENT**

The above-styled criminal case assigned to the docket of United States District Judge William R. Wilson, Jr., is hereby randomly reassigned to the docket of Judge Susan Webber Wright, due to the recusal of Judge Wilson in this proceeding.

Dated this 31st day of August, 2010.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By:  /s/ Dennis J. Wysocki
        Chief Deputy of Operations

cc:   Hon. William R. Wilson, Jr.
      Hon. Susan Webber Wright
      Courtroom Deputies
      All Parties