IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | No. 4:08CR00007-01 SWW |
| | * | |
| NEIL E. HAVLIK | * | |
| | * | |

**Order**

On August 24, 2010, the Magistrate Judge held a hearing on the government's motion for hearing on conflict of interest. The government argued that defense counsel, R. David Lewis, should be disqualified due to a conflict of interest arising from his representation of both the defendant and a material witness against the defendant. The Magistrate Judge granted the motion and disqualified defendant's retained counsel from further representation of the defendant or of the material witness due to a direct and actual conflict of interest. *See* docket entry 84. On August 26, 2010, defendant appealed the ruling of the Magistrate Judge. *See* docket entry 86.

Under Local Rule 72.1 VII. B., a party may appeal from a magistrate judge's order on a non-dispositive matter, and "[t]he District Judge shall affirm the Magistrate Judge's findings unless he finds them to be clearly erroneous or contrary to law." *See also* 28 U.S.C. § 636(b)(1)(A). After considering Magistrate Judge Ray's Order and the relevant record in this matter, and the law regarding attorney disqualification, the Court concludes that the Order entered by Judge Ray is not clearly erroneous or contrary to law. Therefore, defendant's appeal from the Magistrate Judge's Order disqualifying counsel will be denied.

SO ORDERED this 1st day of September, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE