IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08-cr-0007-SWW |
| | * | |
| | * | |
| NEIL HAVLIK, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Pending before the Court is the Application [doc.#229] of March 17, 2014 by Jerry Larkowski for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and polices of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of Ninety Dollars and Ninety Five Cents ($90.95) and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 17th day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE